UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARVEL LEWIS LEFFALL,

      Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF
REVENUE,

      Defendant.

Case No. C07-5630FDB

ORDER REFERRING CASE TO PRO
BONO PANEL FOR REVIEW AND
RECOMMENDATION

      Plaintiff has filed an Application for Court Appointed Counsel answering all the questions on the form and setting forth a statement of his contentions.  NOW, THEREFORE,

      IT IS ORDERED: This matter is referred to the Pro Bono Panel Screening Committee for review and recommendation to the Court whether counsel should be appointed for Plaintiff.

      DATED this 29th day of November, 2007.

                                                               
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1