UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARVEL LEWIS LEFFALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF REVENUE,<br><br>　　　　Defendant. | Case No. C07-5630FDB<br><br>ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

　　Plaintiff filed an application to proceed *in forma pauperis* and a motion for appointment of counsel at the time that he filed his Complaint. The motion for appointment of counsel has been denied. It appears from Plaintiff's application that he has income and assets such that he will be required to pay the filing fee in order to proceed with his case.

　　ACCORDINGLY, IT IS ORDERED: Plaintiff's Application To Proceed *In Forma Pauperis* [Dkt. # 1] is DENIED. Plaintiff shall pay the filing fee by no later than **June 6, 2008**; failure to pay the filing fee will result in the dismissal of this case.

　　DATED this 20th day of May, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1