1

2

3

4

5

6

7      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
8      AT TACOMA

9   ARVEL LEFFALL,

10              Plaintiff,

11        v.                                    Case No. C07-5630FDB

12   WASHINGTON STATE DEPARTMENT OF            ORDER OF DISMISSAL
     REVENUE,
13
                Defendant.
14

15          Pursuant to Order of May 20, 2008, Plaintiff was ordered to pay the filing fee by June 6,

16   2008, or this cause of action would be dismissed.  Plaintiff's earlier motions for appointment of

17   counsel [Dkit. # 5, per Pro Bono Screening Committee] and to proceed *in forma pauperis* [Dkt. # 7]

18   were denied.  Plaintiff has not paid the filing fee as required.  NOW, THEREFORE,

19          IT IS ORDERED: This cause of action is DISMISSED for failure to pay the filing fee per

20   May 20, 2008 Order [Dkt. # 7].

21          DATED this 12th day of June, 2008.

22

23          _____
            FRANKLIN D. BURGESS
24          UNITED STATES DISTRICT JUDGE

25

26   ORDER - 1