# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARVEL LEWIS LEFFALL | JUDGMENT IN A CIVIL CASE |
| v. | |
| WASHINGTON STATE DEPARTMENT OF REVENUE | CASE NUMBER: C07-5630FDB |

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. This cause of action is **DISMISSED** for failure to pay the filing fee per May 20, 2008 Order [Dkt. entry #7].


  June 13, 2008                                              BRUCE RIFKIN
                                                                Clerk


                                                             s/ D. Forbes
                                                          By, Deputy Clerk